# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **HEATHER LYNN KIRK,** : | |
| : | Case No. 2:20-cv-03055 |
| **Plaintiff,** : | |
| : | **CHIEF JUDGE ALGENON L. MARBLEY** |
| v. : | |
| : | Magistrate Judge Jolson |
| **COMMISSIONER OF SOCIAL** : | |
| **SECURITY,** : | |
| : | |
| **Defendant.** : | |

## ORDER

This matter is before the Court on the parties' Joint Stipulation to Remand to the Commissioner. (ECF No. 10). The Joint Stipulation is **GRANTED**, and the Commissioner's decision is remanded for further administrative proceedings.

Upon remand, the Appeals Council will vacate all findings in the Administrative Law Judge's decision, and the Commissioner will conduct further proceedings and develop the administrative record as necessary to determine whether Plaintiff is under a disability as defined by the Social Security Act.

**IT IS SO ORDERED.**

_____
**ALGENON L. MARBLEY
CHIEF UNITED STATES DISTRICT JUDGE**

**DATED: December 1, 2020**