# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **HEATHER LYNN KIRK,** | : |
| | : Case No. 2:20-CV-03055 |
| Plaintiff, | : |
| | : **CHIEF JUDGE ALGENON L. MARBLEY** |
| v. | : |
| | : Magistrate Judge Kimberly A. Jolson |
| **ANDREW SAUL, COMMISSIONER OF SOCIAL SECURITY,** | : |
| | : |
| Defendant. | : |

## ORDER ON ATTORNEY FEES

This matter is before the Court on a Joint Motion for an Award of Attorney's Fees under the Equal Access to Justice Act. (ECF No. 13). For good cause shown, the Court **GRANTS** the motion and **AWARDS** Plaintiff attorney fees and expenses in the sum of $4,000.00 in settlement of any and all claims she may have in the matter pursuant to the Equal Justice Act.

IT IS SO ORDERED.

_____
ALGENON L. MARBLEY
UNITED STATES DISTRICT JUDGE

**DATED:** April 13, 2021